IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.   Case No. 4:99cr81-RH
Case No. 4:02cv365-RH/WCS

**BRENDA M. MOLSBEE,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

The district judge has remanded this case as to Defendant Molsbee for a determination of the appropriate Rule 11 sanction. In response to my last order, doc. 259, the Government filed a memorandum, doc. 261, but Defendant has not.

The Government has shown that it incurred $381.50 as travel expenses and 15.5 hours of attorney time. Clyde Taylor spent about 12.5 hours preparing for testimony. Doc. 249, attachment. It is estimated that George Blow spent the same amount of time since his role as a witness during the § 2255 hearing was about as complicated as Mr. Taylor's role. An appropriate sanction is to order that Defendant recompense these persons for their expenses.

The Government suggests that as a minimum, the Criminal Justice Act hourly rates for attorneys be used to calculate the expenses for which Defendant should be held accountable. While the CJA hourly rate is lower than most other hourly rate standards, the attorney for the Government is not paid at that hourly rate. Further, while Mr. Taylor and Mr. Blow work for that hourly rate from time to time, they also represent retained clients at a higher effective hourly rate. A better standard is the Equal Access to Justice Act rate, which currently is at about $150 per hour.[1] Using that hourly rate, $2,325 is due the United States, plus $381.50 for a total of $2,706.50, $1,875 is due Mr. Taylor, and $1,875 is due Mr. Blow.

Accordingly, it is **RECOMMENDED** that the Court direct the Clerk to enter three separate judgments against Defendant as follows: (1) $2,706.50 in favor of the United States, (2) $1,875.00 in favor of Clyde Taylor, and (3) $1,875.00 in favor of George Blow.

**IN CHAMBERS** at Tallahassee, Florida, on May 20, 2005.

s/   William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] My last report and recommendation recommended a rate of $153.12 per hour.

Case Nos. 4:99cr81-RH and 4:02cv365-RH/WCS