# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:99cr81-RH/WCS
     4:02cv365-RH/WCS

BRENDA M. MOLSBEE,

      Defendant

_____/

## ORDER ASSESSING RULE 11 SANCTIONS

This matter is before the court on the magistrate judge's report and recommendation (document 264), to which no objections have been filed. Under all the circumstances, taking into account the facts established by this record as well as the court's knowledge of reasonable attorney's fees in this district, I find that a sanction in the amount set forth in the report and recommendation is reasonable and is both necessary and sufficient to deter repetition of such conduct by others similarly situated. Indeed, it is likely that, if a full evidentiary hearing were conducted, the record would establish that reasonable attorney's fees for the time devoted to this matter would exceed the amount set forth in the report and recommendation. Defendant's failure to object to the report and recommendation

may evince her agreement with that conclusion.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.   The clerk shall enter three separate judgments against defendant Brenda M. Molsbee as follows: (1) $2,706.50 in favor of the United States, (2) $1,875.00 in favor of Clyde Taylor, and (3) $1,875.00 in favor of George Blow. The clerk shall close the file.

    SO ORDERED this 9th day of August, 2005.

    s/Robert L. Hinkle  
    Chief United States District Judge